MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:     (415) 436-7200
    Facsimile:      (415) 436-7234
    Email: kevin.barry@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-0061 EMC |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE AND EXCLUDING TIME** |
| FRED LAMAR FINNEY, JOHN KELLER, CHARLES MENIFEE, JOHN WAYNE PRICE, and PRINCE LEE PRINCE, | |
| Defendants. | |

    The Court has set May 15, 2013 as the date for a status conference.  The parties hereby request that the Court set the next status conference for June 26, 2013, and they request that the Court exclude the period from the date of this Order through June 26, 2013 from the time limits provided by 18 U.S.C. § 3161.  This extension of time is necessary for effective preparation of counsel, to finalize discovery and plea offers.

//

//

STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE AND EXCLUDING TIME
CR 12-0061 EMC

The parties agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: May 15, 2013

/s/
KEVIN J. BARRY
Assistant United States Attorney

DATED: May 14, 2013

/s/
ERIK BABCOCK
Attorney for FRED LAMAR FINNEY

DATED: May 14, 2013

/s/
ALAN DRESSLER
Attorney for JOHN KELLER

DATED: May 14, 2013

/s/
ROGER PATTON
Attorney for CHARLES MENIFEE

DATED: May 14, 2013

/s/
FRANK BELL
Attorney for JOHN WAYNE PRICE

DATED: May 14, 2013

/s/
GAIL SCHIFFMAN
Attorney for PRINCE LEE PRINCE

ATTESTATION OF FILER

In addition to myself, the signatories to this document are: Erik Babcock, Alan Dressler, Roger Patton, Frank Bell, and Gail Schiffman. I attest that I have their permission to make the request outlined above.

DATED: May 15, 2013

/s/
KEVIN J. BARRY
Assistant United States Attorney

**[PROPOSED] ORDER**

For the reasons stated above, the Court sets June 26, 2013, as the date for a further status confernece.  The Court finds that exclusion of the period from the date of this Order through June 26, 2013 from the time limits applicable under 18 U.S.C. § 3161 is warranted; that the ends of justice served by the continuance outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would deny counsel for the defendant and for the government the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.   Defendant Elliot's status remains to be held on 5/15/13 at 2:30 p.m.

DATED:  5/15/13

_____
HON. EDWARD M. CHEN
United States District Judge



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE AND EXCLUDING TIME
CR 12-0061 EMC                                                                                                          3