1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

4 | KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney

5

6 |    450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6840

7 |    FAX: (415) 436-7123
   Email: kevin.barry@usdoj.gov

8

9 | Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | NO. CR 12-0061 EMC |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [P~~ROPOSED~~] ORDER CHANGING HEARING DATE** |
| FRED FINNEY, | ) | |
| Defendant. | ) | |

The Court has set December 16, 2014, at 2:30 p.m. as the date for a pretrial conference and January 12, 2015 as the beginning date for a trial. The parties have reached an agreement in principle on a resolution of the case, and they respectfully request that the Court vacate these dates and set January 7, 2015, as the date for a change of plea.

The parties also request the parties also request that the Court exclude the period from the date of this Order through January 7, 2015, from the time limits of 18 U.S.C. § 3161 for the purposes of effective preparation of counsel and continuity of counsel. The parties agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy

STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE
CR 12-0061 EMC                                                                 1

1  trial. 18 U.S.C. § 3161(h)(7)(A).

2  SO STIPULATED:

3                                                                          MELINDA HAAG

4                                                                          United States Attorney

5  DATED: December 4, 2014                              _____/s/_____
                                                                               KEVIN J. BARRY
6                                                                          Assistant United States Attorney

7

8  DATED: December 4, 2014                              _____/s/_____
                                                                               ERIK BABCOCK
9                                                                          Attorney for FRED FINNEY

10                                    Attestation of Filer

11     In addition to myself, the other signatory to this document is <u>Erick Babcock</u>. I attest that I have

12 his permission to enter a conformed signature on his behalf and to file the document.

13

14 DATED: December 4, 2014                              _____/s/_____
                                                                               KEVIN J. BARRY
15                                                                         Assistant United States Attorney

16

17                                    **[PR~~OPOS~~ED] ORDER**

18     For the reasons stated above, the Court vacates the December 16, 2014 pretrial conference and

19 January 12, 2015 trial date. The Court sets January 7, 2014 as the date for a change of plea. The Court

20 also excludes the period from the date of this Order through January 7, 2015, from the time limits of 18

21 U.S.C. § 3161 for the purposes of effective preparation of counsel and continuity of counsel. The ends of

22 justice served by granting such an exclusion of time outweigh the best interests of the public and the

23 defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

24     IT IS SO ORDERED.  The change of plea is set for 1/7/15 at 9:30 a.m.

25 DATED: 12/4/14                                          _____
26                                                                         HON. EDWARD M. CHEN
                                                                               United States District Judge
27

28

STIPULATION AND [PROPOSED] ORDER CHANGING HEARING
CR 12-0061 EMC                                                 2

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*