ERIK BABCOCK
717 Washington St.
Oakland CA 94607

Attorney for Defendant
FRED FINNEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | No. CR 12-0061 EMC |
| Plaintiff,                        ) | |
| v.                                ) | **STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE AND EXCLUDING TIME** |
| FRED LAMAR FINNEY,                ) | |
| Defendants.                       ) | |

This matter is set for change of plea on January 7, 2015 at 9:30 a.m. Defense counsel has a previously set trial setting hearing in the San Jose division of this court that same morning. The parties hereby request that the Court vacate the current date and reschedule it for January 14, 2015 at 2:30 p.m., and they request that the Court exclude the period from the date of this Order through January 14, 2015 from the time limits provided by 18 U.S.C. § 3161. This extension of time is necessary for continuity of counsel    The parties agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in

///

///

///

STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE AND EXCLUDING TIME
CR 12-0061 EMC

1   a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

3   SO STIPULATED:
                                            MELINDA HAAG
4                                           United States Attorney

5
    DATED: January 6, 2015          /s/
6                                   KEVIN J. BARRY
                                    Assistant United States Attorney
7
    DATED: January 6, 2015          /s/
8                                   ERIK BABCOCK
                                    Attorney for FRED LAMAR FINNEY
9
    \
10

11              ATTESTATION OF FILER

12      In addition to myself, the signatories to this document are Kevin Barry. I attest that I have
13   his permission to make the request outlined above.

14                                  /s/
                                    ERIK BABCOCK
15

16
17   IT IS SO ORDERED.

18
19   DATED: 1/13/15

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*